## Copyrights-In-Suit for IP Address 184.58.199.155

**ISP:** Road Runner
**Location:** Milwaukee, WI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 02/10/2013 |
| Ibiza Love | PA0001820855 | 10/29/2012 | 01/13/2013 | 02/10/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 01/15/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 01/15/2013 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 01/24/2013 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 02/10/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/15/2013 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 02/10/2013 |
| The Art of Anal Sex | PA0001776834 | 04/25/2011 | 02/21/2012 | 02/10/2013 |
| Tiffany Sex with a Supermodel | PA0001762022 | 02/23/2011 | 11/21/2011 | 02/10/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 01/24/2013 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 01/24/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/10/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/24/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 14**

EXHIBIT B

EWI3