# Expanded Surveillance of IP Address 184.58.199.155

**ISP:** Road Runner
**Location:** Milwaukee, WI

| Hit Date UTC | Filename |
|---|---|
| 02/16/2013 | Finally Rich (Deluxe) |
| 02/14/2013 | Intuit TurboTax Home and Business v2012 Lz0 |
| 02/12/2013 | Rosetta Stone 27 Languages [h33t PC MAC] |
| 02/11/2013 | The.Walking.Dead.S03E09.720p.HDTV.x264-EVOLVE.mkv |
| 02/10/2013 | Jurassic.Park.3.2001.NTSC.DVDR-THEBULLS |
| 02/10/2013 | Invasion.S01E12.HDTV.XviD-LOL.avi |
| 02/10/2013 | Michael Connelly -2003- Mörkare än natten |
| 02/10/2013 | X-Art - Slow Motion - Erica [1080p].mov |
| 02/10/2013 | prnfle173x.wmv |
| 02/10/2013 | X-Art - Ibiza Love - Gianna [720p].mp4 |
| 02/10/2013 | X-Art - Dangerous Game - Jasmine [720p].wmv |
| 02/10/2013 | X-Art - Tarde Espanola - Addison [720p].mp4 |
| 01/29/2013 | Lexi Belle - XXX-mas Series.mp4 |
| 01/29/2013 | American.Horror.Story.S02.Season.2.COMPLETE.HDTV.x264-LOL |
| 01/27/2013 | Parks.and.Recreation.S05E11.HDTV.x264-LOL.mp4 |
| 01/27/2013 | 30.for.30.Broke.2012 |
| 01/27/2013 | Modern.Family.S04E11.HDTV.x264-LOL.mp4 |
| 01/27/2013 | Modern.Family.S04E10.HDTV.x264-LOL.mp4 |
| 01/26/2013 | Parks.and.Recreation.S05E10.HDTV.x264-LOL.mp4 |
| 01/25/2013 | Passion-HD Anissa.Kate |
| 01/25/2013 | Karina White - Token of Love - 720p.mp4 |
| 01/25/2013 | NubileFilms.12.09.01.April.Oneil.Memories.Of.You.XXX.1080p.MP4-KTR[rbg] |
| 01/25/2013 | nubilefilms_a_sweet_surprise_1280.mp4 |
| 01/24/2013 | x-art_silvie_unbelievably_beautiful_1080.mov |
| 01/24/2013 | and1.mixtape.7.svcd.dvdrip.2004-bbv.mpg |
| 01/24/2013 | Stimulating Story_750.mp4 |
| 01/24/2013 | Summer Passion_950.mp4 |
| 01/24/2013 | [X-Art] Wet Orgasm - Veronica [1080p] |
| 01/24/2013 | The.Perks.Of.Being.A.Wallflower.2012.DVDSCR.XviD-ViP3R |
| 01/24/2013 | x-art_mira_yoga_master_and_student_540.wmv |
| 01/24/2013 | Baby Mama CAM 2008 |
| 01/24/2013 | X-Art - Photo Fantasy - Maya [1080p].mov |
| 01/20/2013 | Online Seduction_750.mp4 |
| 01/15/2013 | X-Art - Heart And Soul - Connie [720p].mov |
| 01/15/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |

| Hit Date UTC | Filename |
|---|---|
| 01/15/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 01/15/2013 | X-Art - Inside Perfection - Angelica [720p].mov |
| 01/15/2013 | Zero.Dark.Thirty.2012.DVDSCR.Xvid.Ac3-ADTRG |
| 01/15/2013 | Die Zeit 2007 10.pdf |
| 01/15/2013 | Argo.2012.DVDSCR.XviD-WTF |
| 01/15/2013 | x-art_angelica_naughty_and_nice_1080.mov |
| 01/15/2013 | X-Art - Morning Memories - Cindy [720p].wmv |
| 01/14/2013 | The Game - Jesus Piece |
| 01/09/2013 | Parks and Recreation S05E04 HDTV x264-LOL[ettv] |
| 01/09/2013 | Parks.and.Recreation.S05E01.HDTV.x264-LOL.mp4 |
| 01/09/2013 | Parks.and.Recreation.S05E08.HDTV.x264-LOL.mp4 |
| 01/09/2013 | Parks and Recreation S05E07 HDTV x264-LOL[ettv] |
| 01/09/2013 | Parks and Recreation S05E02 HDTV x264-LOL[ettv] |
| 01/09/2013 | Parks.and.Recreation.S05E05.HDTV.x264-LOL.mp4 |
| 01/08/2013 | Dont Be SAFE |
| 01/05/2013 | Workout Mix 2013 [Explicit] [+digital booklet] |
| 01/04/2013 | 02 Wanted.mp3 |
| 12/29/2012 | Kendrick Lamar - Poetic Justice (Featuring Drake).mp3 |
| 12/28/2012 | Cloud Atlas (2012) [1080p] |
| 12/28/2012 | This Is 40 2012 DVD Screener Xvid UnKnOwN |
| 12/21/2012 | Pitch Perfect (2012) |
| 12/21/2012 | psig-ted.2012.dvdrip.xvid.ac3.avi |
| 12/18/2012 | Windows.8.Activator.K.J.v1.11_Tam.exe |
| 12/18/2012 | Sherlock Holmes S01E12 The Disappearance of Lady Frances Carfax (1965) |
| 12/18/2012 | MICROSOFT.WINDOWS.8.RTM.X64.AIO.ENG-GER-RUS-CTRLSOFT |
| 12/18/2012 | Guns, Girls and Gambling [2011]H264 BDRip.mp4[Eng]BlueLady.mp4 |
| 12/17/2012 | Getting Started with modo 601 |
| 12/17/2012 | Dexter S07E12 HDTV x264-ASAP[ettv] |
| 12/17/2012 | Homeland.S02E12.HDTV.x264-ASAP.[VTV].mp4 |
| 12/16/2012 | The Watch 2012 R5 NEW LiNE XViD-SALMO |
| 12/16/2012 | Suits.S01E01.Pilot.HDTV.XviD-FQM.[VTV].avi |
| 12/16/2012 | [www.Cpasbien.com] Suits.Saison.1.VOSTFR.HDTV |
| 12/14/2012 | 21 Jump Street [2012] BRRip 720p x264 AAC [VX] [P2PDL] |
| 12/14/2012 | In Time (English) BDRip - AMIABLE |
| 12/14/2012 | Savages.2012.Unrated.BRRiP.XviD.AC-3.avi |
| 12/12/2012 | Modern.Family.S04E09.HDTV.x264-LOL.mp4 |
| 12/12/2012 | Modern.Family.S04E08.HDTV.x264-LOL.mp4 |
| 12/11/2012 | Lawless.2012.DvDRip.XviD-SWAXXON |
| 12/10/2012 | Dexter S07E11 HDTV x264-EVOLVE[ettv] |
| 12/10/2012 | Homeland.S02E11.HDTV.x264-EVOLVE.[VTV].mp4 |
| 12/06/2012 | The Official UK Top 40 Singles Chart 02-12-2012 |

| Hit Date UTC | Filename |
|---|---|
| 12/06/2012 | Taylor Swift - Red [Deluxe Version] (2012) |
| 12/03/2012 | Homeland.S02E10.HDTV.x264-EVOLVE.[VTV].mp4 |
| 12/03/2012 | Dexter.S07E10.HDTV.x264-ASAP.mp4 |
| 11/29/2012 | End Of Watch [2012]-720p-BRrip-x264-StyLishSaLH (StyLish Release) |
| 11/28/2012 | [www.Cpasbien.me] Lawless.2012.FRENCH.DVDRiP.XViD-FUTiL |
| 11/27/2012 | Call.of.Duty.Modern.Warfare.3-RELOADED-[BTARENA.org] |
| 11/27/2012 | Mission.Impossible.Ghost.Protocol.2011.1080p.MKV.Multi.Subs |
| 11/27/2012 | Homeland.S02E09.HDTV.x264-ASAP.[VTV].mp4 |
| 11/26/2012 | Boardwalk Empire S03E11 HDTV x264-EVOLVE[ettv] |
| 11/26/2012 | Dexter S07E09 HDTV x264-ASAP[ettv] |
| 11/25/2012 | Windows 8 AIO 16-in-1 (Final Build 9200) + Permanent Activator |
| 11/25/2012 | Burn.Notice.S06E08.Unchained.HDTV.XviD-ASAP[ettv] |
| 11/25/2012 | Windows 8 AIO 16 in 1 RTM [Tom_Da_Man] |
| 11/23/2012 | Bridesmaids.720p.BluRay.x264-REFiNED |
| 11/19/2012 | Homeland.S02E08.HDTV.x264-ASAP.[VTV].mp4 |
| 11/19/2012 | Boardwalk Empire S03E10 HDTV x264-EVOLVE[ettv] |
| 10/30/2012 | Entourage.S07.SWESUB.DVDRip.XviD-aka |
| 10/30/2012 | the wire.season4 |
| 10/29/2012 | Boardwalk.Empire.S03E07.720p.HDTV.x264-EVOLVE.mkv |
| 10/29/2012 | Mens Health 15 Minute Workout Completed Video - Xvid |
| 10/28/2012 | Modern Family S04E04 HDTV x264-LOL[ettv] |
| 10/28/2012 | Modern.Family.S04E01.HDTV.x264-2HD.mp4 |
| 10/28/2012 | Microsoft Office 2011 v14.1.3.zip |
| 10/28/2012 | Modern.Family.S04E02.HDTV.x264-LOL.mp4 |
| 10/28/2012 | Assassins.Creed.III.XBOX360-COMPLEX |
| 10/28/2012 | Modern.Family.S04E03.HDTV.x264-LOL.mp4 |
| 10/23/2012 | Homeland.S02E04.HDTV.x264-ASAP.[VTV].mp4 |
| 10/18/2012 | Prometheus (2012).XViD.HQ.Jny |
| 10/18/2012 | Red Lights .2012.DVDRip.XviD-ViP3R |
| 10/18/2012 | Modern Family - The Complete Season 3 [HDTV] |
| 10/16/2012 | The.Expendables.2.2012.RC.BluRay.720p.H264 |
| 10/15/2012 | Dexter.S07E03.HDTV.x264-ASAP.mp4 |
| 10/15/2012 | Boardwalk Empire S03E05 HDTV x264-ASAP[ettv] |
| 10/15/2012 | The Newsroom 2012 - The Complete Season 1 [HDTV] |
| 10/12/2012 | -XBT- Rosetta Stone Version 3 Portable |
| 10/08/2012 | Boardwalk.Empire.S03E04.HDTV.x264-EVOLVE.mp4 |
| 10/04/2012 | Homeland.S01E11.HDTV.XviD-ASAP.[VTV].avi |
| 10/03/2012 | Homeland.S01E07.HDTV.XviD-FEVER.[VTV].avi |
| 10/03/2012 | Homeland.S01E06.HDTV.XviD-LOL.[VTV].avi |
| 10/03/2012 | Homeland S01E12 HDTV XviD-LOL[ettv] |
| 10/03/2012 | Homeland S02E01 HDTV XviD-MGD[ettv] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 10/03/2012 | Homeland S01E09 HDTV XviD-LOL[ettv] |
| 10/03/2012 | Homeland S01E08 HDTV XviD-ASAP[ettv] |
| 09/17/2012 | {www.scenetime.com}Tosh.0.S04E18.HDTV.XviD-AFG |
| 09/17/2012 | Prometheus.2012.DVDRip.XViD.AC3-REFiLL |
| 09/17/2012 | Nubiles.12.08.15.Lolly.Pop.Hardcore.XXX.720p.WMV |
| 09/03/2012 | Breaking Bad S05E08 HDTV x264-ASAP[ettv] |
| 09/03/2012 | Various Artists - Indie Rock Playlist July 2012 |
| 08/21/2012 | Deadmau5 - The Veldt |
| 08/21/2012 | [ www.TorrentDay.com ] - Tosh.0.S04E13.HDTV.x264-KILLERS |
| 08/21/2012 | The Veldt - EP |
| 08/20/2012 | Breaking Bad S05E06 HDTV x264-EVOLVE[ettv] |
| 08/20/2012 | VA-538 Dance Smash 2012 Vol. 3 (2012) 320Kbit(mp3) DMT |
| 08/20/2012 | Billboard Hot 100 09-17-2011 |
| 08/20/2012 | 2_Chainz-Based_On_A_T.R.U._Story-Deluxe_Edition-(RapGodFathers.info) |
| 08/20/2012 | {www.scenetime.com}Tosh.0.S04E18.480p.HDTV.x264-mSD |
| 08/20/2012 | Johnny English Reborn (2011) DVDRip xviD-MAX |
| 08/20/2012 | Various Artists - Indie Rock Playlist August 2011 |
| 08/19/2012 | Parks.and.Recreation.S04E03.HDTV.XviD-LOL.avi |
| 08/19/2012 | The Truth About Six Pack Abs [afn_afg] |
| 08/19/2012 | Parks.and.Recreation.S04E01.HDTV.XviD-LOL.avi |
| 08/19/2012 | Lynda.com - Photoshop CS6 Essential Training |
| 08/19/2012 | Parks.and.Recreation.S04E02.HDTV.XviD-LOL.avi |
| 08/18/2012 | Ultimate.Fighter.S15E12.720p.HDTV.x264-IMMERSE.mkv |
| 08/18/2012 | How I Met Your Mother Season 1, 2, 3, 4, 5, and 6 + Extras DVDRip[slETV] |
| 08/04/2012 | [ www.TorrentDay.com ] - Tosh.0.S04E20.HDTV.x264-EVOLVE |
| 08/04/2012 | [ www.TorrentDay.com ] - Tosh.0.S04E15.HDTV.x264-LMAO |
| 08/04/2012 | Jandi.Jenner.Deep.throat.so.she.can.swallow.BigMouthFuls.06.25.12.HD_iyutero.com.mp4 |
| 08/04/2012 | Tosh.0.S04E17.HDTV.x264-LMAO.mp4 |
| 08/04/2012 | [ www.TorrentDay.com ] - Tosh.0.S04E14.HDTV.x264-LMAO |
| 08/02/2012 | Adobe CS6 Master Collection |
| 07/28/2012 | Adobe Photoshop CS6 13.0 Final  Multilanguage (patch-PainteR) [ChingLiu] |
| 07/28/2012 | Breaking.Bad.S05E01.Live.Free.or.Die.HDTV.x264-FQM.mp4 |
| 07/28/2012 | Breaking.Bad.S05E02.Madrigal.HDTV.x264-FQM.mp4 |
| 07/28/2012 | Breaking Bad S05E03 (Sneak Peek) -Hazard Pay-.flv |
| 07/27/2012 | Swimming Pools (Drank).mp3 |